UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE: TRENTON**                                        **DATE: March 11, 2014**
**JUDGE MARY L. COOPER**
**COURT REPORTER: Regina Tell**


**TITLE OF CASE:**                                         CR14-119(MLC)
UNITED STATES OF AMERICA
    vs.
LUIS QUIROS,
   a/k/a "Seto",
      DEFT. PRESENT

**APPEARANCE:**

Rahul Agarwal, AUSA, for government
Timothy Anderson, Esq., for defendant


**NATURE OF PROCEEDINGS:**   WAIVER OF INDICTMENT & PLEA
Initial appearance held.
Defendant advised of his rights, charges and penalties.
Waiver of indictment filed.
INFORMATION filed.
PLEA:  GUILTY TO INFORMATION - Count 1.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea Agreement and Rule 11 documents filed.
Ordered sentencing set for June 18, 2014 at 1:00pm.
Ordered bail set at $100,000PR.


**Time commenced: 11:40am**
**Time Adjourned: 1:00pm**
**Total Time: 1 hour, 20 minutes**

                                               *s/Elizabeth Heffner*
                                               **DEPUTY CLERK**